IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

SALVATORE COTTONE,           §
        Petitioner,          §
                             §
VS.                          §   CIVIL ACTION NO.4:06-CV-044-Y
                             §
COLE JETER, Warden,          §
FCI-Fort Worth,              §
        Respondent.          §

ORDER ADOPTING
MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Salvatore Cottone under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1.   The pleadings and record;

2.   The proposed findings, conclusions, and recommenda-tion of the United States magistrate judge filed on June 8, 2006; and

3.   The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on June 16, 2006.

The Court, after *de novo* review, concludes that Cottone's objections must be overruled, that the motion to dismiss should be granted, and that the petition for writ of habeas corpus under 28 U.S.C. § 2241 should be dismissed for lack of jurisdiction, for the reasons stated in the magistrate judge's findings and conclusions.[1]

Therefore, the findings, conclusions, and recommendation of

---

[1]In his written objections, petitioner Cottone, acknowledging that he cannot meet the "savings clause" test to proceed under 28 U.S.C. § 2241, nor the pre-conditions to filing of a successive motion under 28 U.S.C. § 2255, argues such limitations amount to an impermissible suspension of his right to file a petition for writ of habeas corpus under Article I, Section 9 of the Constitution.  The Court of Appeals for the Fifth Circuit has rejected this argument.  *See Wesson v. U.S. Penitentiary Beaumont, TX*, 305 F.3d 343, 346-47 (5th Cir. 2002), cert. denied, 537 U.S. 1241 (2003), *citing Reyes-Requena*, 243 F.3d at 893, 901 n. 19. Cottone's objection on this ground is thus overruled.

the magistrate judge are ADOPTED.

Respondent Jeter's May 3, 2006, motion to dismiss [docket no. 10] is GRANTED.

Salvatore Cottone's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED for lack of jurisdiction.

SIGNED June 20, 2006.


TERRY R. MEANS
UNITED STATES DISTRICT JUDGE